**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ELIAS EDUARDO PANDURO PANDURO,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-1168-SLP |

**<u>O R D E R</u>**

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Shon T. Erwin [Doc. No. 8]. The Magistrate Judge recommends that the Court dismiss this action as moot because an immigration judge granted Petitioner's voluntary departure and, therefore, Petitioner's detention is no longer governed by 8 U.S.C. § 1226. *See* R&R [Doc. No. 8] at 5-6. The Magistrate Judge advised the Parties of their right to object to the R&R and directed that any objections be filed on or before August 28, 2026. *Id.* at 7. The Parties were further advised that any failure to object would waive the Parties' right to appellate review of the factual and legal issues addressed in the R&R. *Id.* Neither party has filed an objection, nor has an extension of time in which to object been sought or granted. Therefore, the Court finds that the Parties have waived further review of all issues addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Upon review, the Court fully concurs with the analysis set forth in the R&R.[1] Accordingly, the Report and Recommendation [Doc. No. 14] is ADOPTED and this action is DISMISSED as moot. A separate judgment of dismissal shall be entered contemporaneously with this Order.

IT IS SO ORDERED this 28th day of September, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**

[1] The Magistrate Judge reached his recommendation, in-part, based on a search of online records indicating Petitioner's voluntary departure status. *See* R&R, [Doc. No. 8]. While the parties did not timely object to the R&R, they each filed a notice acknowledging that Petitioner would be departing the United Sates in accordance with the immigration judge's voluntary departure order. *See* [Doc. Nos. 9, 10]. While the Court does not use these notices as a basis for its ruling, the Court notes that the parties do not dispute that Petitioner is subject to a voluntary departure order.